**No. 10-5530. Fredy Villafuerte, Petitioner v. United States.**

562 U.S. 927, 131 S. Ct. 314, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7112.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 594 F.3d 1303.

**No. 10-5531. Timothy Webster, Petitioner v. United States.**

562 U.S. 927, 131 S. Ct. 314, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7390.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 373 Fed. Appx. 867.

**No. 10-5532. Jesse F. Reece, Sr., Petitioner v. Countrywide Home Loans, et al.**

562 U.S. 927, 131 S. Ct. 314, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7192,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 530.

**No. 10-5534. Valerian Dobre, Petitioner v. United States.**

562 U.S. 927, 131 S. Ct. 315, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7496.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5535. Armando Leyva, Petitioner v. Antonio Williams, et al.**

562 U.S. 927, 131 S. Ct. 315, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7472.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-5536. Patrick D. Lomas, Petitioner v. United States.**

562 U.S. 927, 131 S. Ct. 315, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7130.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 365.

**No. 10-5537. Shawn A. Johnson, Petitioner v. James Basinger.**

562 U.S. 927, 131 S. Ct. 315, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7569.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5538. Glo Kaufman, Petitioner v. Robinson Property Group Limited Partnership.**

562 U.S. 927, 131 S. Ct. 315, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7307.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 494.